Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ROBERT ANTHONY PATTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR-11-0827-EMC |
| Plaintiff,                           ) | |
|                                      ) | STIPULATION AND [PROPOSED] |
| v.                                   ) | ORDER CONTINUING HEARING |
|                                      ) | |
| ROBERT ANTHONY PATTON,               ) | |
| Defendant.                           ) | |

Upon the request of the defendant ROBERT ANTHONY PATTON, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defense counsel is presently unavailable to consult with the defendant as he is engaged in a jury trial in the Sonoma County Superior Court,

The hearing presently scheduled for change of plea/setting is hereby continued from February 8, 2012 at 1:45 p.m. to February 22, 2012 at 2:00 p.m., before the Hon. Edward M. Chen.

The parties agree that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

Dated: February 6, 2012

/s/
GEORGE C. BOISSEAU
Attorney for Defendant
ROBERT ANTHONY PATTON

1

1  IT IS SO STIPULATED.

2  Dated: February 6, 2012

3                                                            /s/
   OWEN MARTIKAN
4  Assistant United States Attorney

6                              ORDER

7  GOOD CAUSE APPEARING, it is hereby ordered that the hearing scheduled for
8  change of plea/setting be continued from February 8, 2012 at 1:45 p.m. until February 22, 2012
9  at 2:00 p.m., before the Hon. Edward M. Chen.

10  It is further ordered that this period is excludable time under the Speedy Trial Act
11  pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the
12  continuity of counsel.

13  IT IS SO ORDERED.

14  Dated:     2/7/12

                                                 IT IS SO ORDERED
                                                 _____
                                                 M. CHEN
                                                 Judge Edward M. Chen
                                                 United States District Court
                                                 Northern District of California