Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ROBERT ANTHONY PATTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>v. )<br>ROBERT ANTHONY PATTON, )<br>　　　　Defendant. ) | CR-11-0827-EMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING |

Upon the request of the defendant ROBERT ANTHONY PATTON, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because the government needs to obtain approval for the plea agreement and defense counsel was unavailable to consult with the defendant until just recently,

The hearing presently scheduled for change of plea/setting is hereby continued from March 14, 2012 at 1:30 p.m. to April 4, 2012 at 2:30 p.m., before the Hon. Edward M. Chen.

The parties agree that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

Dated: March 13, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE C. BOISSEAU
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT ANTHONY PATTON

1

1  IT IS SO STIPULATED.

2  Dated: March 13, 2012

3  /s/
   OWEN MARTIKAN
   Assistant United States Attorney

6  ORDER

7  GOOD CAUSE APPEARING, it is hereby ordered that the hearing scheduled for change of plea/setting be continued from March 14, 2012 at 1:30 p.m. until April 4, 2012 at 2:30 p.m., before the Hon. Edward M. Chen.

It is further ordered that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

IT IS SO ORDERED.

Dated: 3/28/12

IT IS SO ORDERED
Judge Edward M. Chen

_____
EDWARD M. CHEN
United States District Judge
Northern District of California