1    Law Offices of
     GEORGE C. BOISSEAU
2    State Bar Number 75872
     740 4th Street
3    Second Floor
     Santa Rosa, California 95404
4    Phone: (707) 578-5636
     Fax: (707) 578-1141
5    E-Mail: boisseaugc@msn.com

6    Attorney for Defendant
     ROBERT ANTHONY PATTON
7
8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    CR-11-0827-EMC
                                        )
12              Plaintiff,              )    STIPULATION AND [PROPOSED]
                                        )    ORDER CONTINUING SENTENCING
13   v.                                 )    HEARING
                                        )
14   ROBERT ANTHONY PATTON,             )
                                        )
15              Defendant.              )
                                        )
16   _____)

17          Upon the request of the defendant ROBERT ANTHONY PATTON, by and through

18   defendant's counsel of record, George C. Boisseau, and upon agreement of the United States

19   and the United States Probation Department, and cause appearing because defense counsel is

20   presently unavailable to consult with the defendant as he is engaged in a jury trial in the

21   Sonoma County Superior Court,

22          The sentencing hearing presently scheduled for July 11, 2012 is hereby continued from

23   July 11, 2012 to August 8, 2012 at 2:00 p.m., before the Hon. Edward M. Chen.

24          Dated: July 9, 2012

25                                               /s/
                                           GEORGE C. BOISSEAU
26
                                           Attorney for Defendant
27                                         ROBERT ANTHONY PATTON

28

                                           1

1    IT IS SO STIPULATED.

2    Dated: July 9, 2012

3                                                    /s/
                                        OWEN MARTIKAN
4                                        Assistant United States Attorney

5

6                                    ORDER

7        GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing

8    presently scheduled for July 11, 2012 is hereby continued from July 11, 2012 to August 8, 2012
                                                                     2:30 p.m.
9    at 2:00 p.m., before the Hon. Edward M. Chen.

10       It is further ordered that this period is excludable time under the Speedy Trial Act

11   pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the

12   continuity of counsel.

13       IT IS SO ORDERED.

14   Dated: _____ 7/10/12

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

2