Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ROBERT ANTHONY PATTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-11-0827-EMC |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. ) | |
| ROBERT ANTHONY PATTON, ) | |
| Defendant. ) | |

Upon the request of the defendant ROBERT ANTHONY PATTON, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and the United States Probation Department, and cause appearing because defense counsel is presently scheduled for a four-defendant sentencing hearing in the case of United States v. Hernandez-Millan, et al., CR-10-0665-CRB which has been set by the court on September 12, 2012 at 10:00 in the morning, making it impracticable to be prepared for sentencing in this matter,

The sentencing hearing presently scheduled for September 12, 2012 is hereby continued from September 12, 2012 to September 26, 2012 at 2:00 p.m., before the Hon. Edward M. Chen.

Dated: September 3, 2012

                                                      /s/
                                      GEORGE C. BOISSEAU

                                      Attorney for Defendant
                                      ROBERT ANTHONY PATTON

1 | IT IS SO STIPULATED.

2 | Dated: September 3, 2012

3 | /s/
OWEN MARTIKAN
Assistant United States Attorney

6 | ORDER

7 | GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing presently scheduled for September 12, 2012 is hereby continued from September 12, 2012 to September 26, 2012 at ~~2:00~~ 2:30 p.m., before the Hon. Edward M. Chen.

IT IS SO ORDERED.

Dated: 9/6/12

HON. E[DWARD M. CHEN]
District C[ourt Judge]
Northern [District of California]

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen